WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada State Bar No. 12448
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS CASINO CORPORATION, a Nevada corporation<br><br>Plaintiff,<br><br>vs.<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, a Delaware limited liability company; DOE Individuals 1 through 10; and ROE Corporations 1 through 10, inclusive,<br><br>Defendants. | Case No.:   2:20-cv-01658-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO THE COMPLAINT** |

Plaintiff Las Vegas Casino Corporation ("LVCC") and Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, on September 15, 2020, LVCC filed a Complaint against Shellpoint. ECF No. 1. The Complaint was served on Shellpoint on September 17, 2020.

WHEREAS, the deadline for Shellpoint to file a response to the Complaint is currently set for October 8, 2020.

WHEREAS, Shellpoint seeks additional time to review the Complaint and prepare its response to the allegations therein and, therefore, seeks a brief extension of the response deadline.

///

Page 1 of 2

1    WHEREFORE, based on the foregoing,

2    IT IS HEREBY STIPULATED AND AGREED that the deadline for Shellpoint to file a

3 response to the Complaint is extended by 14 days from October 8, 2020 to October 22, 2020.

4    IT IS SO STIPULATED.

5 DATED this 5th day of October, 2020.                    DATED this 5th day of October, 2020.

6 WRIGHT, FINLAY & ZAK, LLP                               BLACK & WADHAMS.

7
*/s/ Christina V. Miller, Esq.*                          */s/ Christopher V. Yergensen, Esq.*
8 Christina V. Miller, Esq.                               Christopher V. Yergensen, Esq.
  Nevada Bar No. 12448                                    Nevada Bar No. 6183
9 7785 W. Sahara Ave., Suite 200                          10777 W. Twain Ave., Suite 300
10 Las Vegas, Nevada 89117                                 Las Vegas, Nevada 89135
  *Attorneys for Defendant, NewRez LLC d/b/a*             *Attorney for Plaintiff, Las Vegas Casino*
11 *Shellpoint Mortgage Servicing*                         *Corporation*

14 **IT IS SO ORDERED.**

15    DATED: October 7, 2020

17    _____
         UNITED STATES MAGISTRATE JUDGE