CHRISTOPHER V. YERGENSEN, ESQ.
Nevada State Bar Number 6183
**BLACK & WADHAMS**
10777 W. Twain Ave., Suite 300
Las Vegas, NV 89135
Telephone:    (702) 869-8801
Email: cyergensen@blackwadhams.law

*Attorney for Plaintiff,*
*Las Vegas Casino Corporation*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS CASINO CORPORATION, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, a Delaware limited liability company; DOE Individuals 1 through 10; and ROE Corporations 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:20-CV-01658-RFB-DJA |

**STIPULATION AND ORDER TO RESPOND TO NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING'S MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

Plaintiff, LAS VEGAS CASINO CORPORATION, a Nevada corporation ("Plaintiff") by and through its attorney of record, Christopher V. Yergensen, Esq., and Defendant, NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, ("Defendant") by and through its attorney of record, Christina V. Miller, Esq., hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that Plaintiff shall have up and to including November 30th, 2020 in order to file their Response to Defendant Newrez LLC d/b/a

Shellpoint Mortgage Servicing's Motion to Dismiss Complaint for Failure to State a Claim Upon Which Relief Can Be Granted (ECF No. 10).

.DATED this 2nd day of November 2020.

**BLACK & WADHAMS**

_____
Chris V. Yergensen, Esq.
Nevada Bar No. 6183
10777 W. Twain Ave., Suite 300
Las Vegas, NV 89135
*Attorney for Plaintiff*
*Las Vegas Casino Corporation*

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Christina V. Miller*
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendants*
*Newrez LLC d/b/a Shellpoint Mortgage Servicing*

///

///

///

///

CASE NO.: 2:20-CV-01658-RFB-DJA

## ORDER

IT IS HEREBY ORDERED that the Plaintiff, LAS VEGAS CASINO CORPORATION shall have up and to including November 30, 2020 to file a Response to Defendant Newrez LLC d/b/a Shellpoint Mortgage Servicing's Motion to Dismiss Complaint for Failure to State a Claim Upon Which Relief Can Be Granted (ECF No. 10).

IT IS SO ORDERED THIS __3rd__ day of November 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**BLACK & WADHAMS**

_____
Chris V. Yergensen, Esq.
Nevada Bar No. 6183
10777 W. Twain Ave., Suite 300
Las Vegas, NV 89135
*Attorney for Plaintiff*
*Las Vegas Casino Corporation*