CHRISTOPHER V. YERGENSEN, ESQ.
Nevada State Bar Number 6183
**BLACK & WADHAMS**
10777 W. Twain Ave., Suite 300
Las Vegas, NV 89135
Telephone:   (702) 869-8801
Email: cyergensen@blackwadhams.law

*Attorney for Plaintiff,*
*Las Vegas Casino Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS CASINO CORPORATION, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, a Delaware limited liability company; DOE Individuals 1 through 10; and ROE Corporations 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:20-CV-01658-RFB-DJA |

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING'S MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

Plaintiff, LAS VEGAS CASINO CORPORATION, a Nevada corporation ("Plaintiff") by and through its attorney of record, Christopher V. Yergensen, Esq., and Defendant, NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, ("Defendant") by and through its attorney of record, Christina V. Miller, Esq., hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that Plaintiff shall have up and to

including December 7th, 2020 in order to file their Response to Defendant Newrez LLC d/b/a Shellpoint Mortgage Servicing's Motion to Dismiss Complaint for Failure to State a Claim Upon Which Relief Can Be Granted (ECF No. 10).

.DATED this 30th day of November 2020.

**BLACK & WADHAMS**

_____/s/ Chris V. Yergensen_____
Chris V. Yergensen, Esq.
Nevada Bar No. 6183
10777 W. Twain Ave., Suite 300
Las Vegas, NV 89135
*Attorney for Plaintiff*
*Las Vegas Casino Corporation*

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Christina V. Miller*
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendant*
*Newrez LLC d/b/a Shellpoint Mortgage Servicing*

///

///

///

///

CASE NO.: 2:20-CV-01658-RFB-DJA

## ORDER

IT IS HEREBY ORDERED that the Plaintiff, LAS VEGAS CASINO CORPORATION shall have up and to including December 7th, 2020 to file a Response to Defendant Newrez LLC d/b/a Shellpoint Mortgage Servicing's Motion to Dismiss Complaint for Failure to State a Claim Upon Which Relief Can Be Granted (ECF No. 10).

IT IS SO ORDERED THIS 30th day of November, 2020.

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully submitted by:

**BLACK & WADHAMS**

_____/s/ Chris V. Yergensen_____
Chris V. Yergensen, Esq.
Nevada Bar No. 6183
10777 W. Twain Ave., Suite 300
Las Vegas, NV 89135
*Attorney for Plaintiff*
*Las Vegas Casino Corporation*

## Diane Meeter

| | |
|---|---|
| **From:** | Chris Yergensen |
| **Sent:** | Monday, November 30, 2020 10:35 AM |
| **To:** | Diane Meeter |
| **Subject:** | FW: 2:20-cv-01658 (633-2020078) |
| **Attachments:** | SAO to Continue Date to RSP to Motion to Dismiss (v2)_CVM rev.docx |

Accept these edits from Christina and file. Thanks.

**Chris Yergensen, Esq.**
Attorney



p: (702)869-8801
f: (702)869-2669
a: 10777 W. Twain Avenue, Suite 300
    Las Vegas, NV 89135
w: www.blackwadhams.law   e: cyergensen@blackwadhams.law

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient, you are hereby notified that any dissemination, duplication or distribution of all, or any part of this message, or any file associated with this message, is strictly prohibited. If you have received this communication in error, please notify Black & Wadhams immediately by telephone (702-869-8801) and destroy the original message. Please be further advised that any message sent to or from Black & Wadhams may be monitored.

**From:** Christina V. Miller <cmiller@wrightlegal.net>
**Sent:** Monday, November 30, 2020 10:34 AM
**To:** Chris Yergensen <cyergensen@blackwadhams.law>
**Cc:** Faith K. Harris <fharris@wrightlegal.net>; SaveIt <SaveIt@wrightlegal.net>
**Subject:** RE: 2:20-cv-01658 (633-2020078)

Thanks, Chris. Please see attached with a few edits from my end. If approved, you may file with my e-signature.


**Christina V. Miller, Esq.**
Managing Partner – Nevada Office



7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 706-1408 Direct
(702) 475-7964 Main, Ext. 7006
(702) 946-1345 Fax
cmiller@wrightlegal.net

1