1
2
3
4
5

WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada State Bar No. 12448
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing*

6
7
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

9
10
11
12
13
14
15
16
17

LAS VEGAS CASINO CORPORATION, a
Nevada corporation

    Plaintiff,

  vs.

NEWREZ LLC D/B/A SHELLPOINT
MORTGAGE SERVICING, a Delaware limited
liability company; DOE Individuals 1 through
10; and ROE Corporations 1 through 10,
inclusive,

    Defendants.

Case No.:  2:20-cv-01658-RFB-DJA

**STIPULATION AND ORDER TO
EXTEND DEADLINE FOR
DEFENDANT TO FILE ITS REPLY IN
SUPPORT OF THE MOTION TO
DISMISS [ECF NO. 10]**

18
19
20
   Plaintiff Las Vegas Casino Corporation ("LVCC") and Defendant NewRez LLC d/b/a
Shellpoint Mortgage Servicing ("Shellpoint"), by and through their counsel of record, hereby
stipulate and agree as follows:

21
22
   WHEREAS, on September 15, 2020, LVCC filed a Complaint against Shellpoint. ECF
No. 1.

23
24
   WHEREAS, Shellpoint filed a Motion to Dismiss the Complaint on October 22, 2020.
ECF No. 10. LVCC filed its Opposition thereto on December 7, 2020. ECF No. 17.

25
26
   WHEREAS, Shellpoint's Reply in support of the Motion to Dismiss and in response to
LVCC's Opposition is currently due to be filed on December 14, 2020.

27
28
///
///

1   WHEREAS, Shellpoint seeks additional time to review the Opposition, arguments and

2   authorities cited therein, prepare its response thereto and obtain client approval.

3   WHEREFORE, based on the foregoing,

4   IT IS HEREBY STIPULATED AND AGREED that the deadline for Shellpoint to file its

5   Reply in support of the Motion to Dismiss should be extended by 14 calendar days from

6   December 14, 2020, to December 28, 2020.

7   IT IS SO STIPULATED.

8   DATED this 14th day of December, 2020.          DATED this 14th day of December, 2020.

9   WRIGHT, FINLAY & ZAK, LLP                       BLACK & WADHAMS.

10

11  /s/ Christina V. Miller, Esq._____          /s/ Christopher V. Yergensen_____
    Christina V. Miller, Esq.                       Christopher V. Yergensen, Esq.

12  Nevada Bar No. 12448                            Nevada Bar No. 6183
    7785 W. Sahara Ave., Suite 200                  10777 W. Twain Ave., Suite 300

13  Las Vegas, Nevada 89117                         Las Vegas, Nevada 89135
    Attorneys for Defendant, NewRez LLC d/b/a       Attorney for Plaintiff, Las Vegas Casino

14  Shellpoint Mortgage Servicing                   Corporation

15

16

17  **IT IS SO ORDERED.**              # IT IS SO ORDERED:

18      DATED: December 15, 2020._____

19

20                                     _____
                                       RICHARD F. BOULWARE, II
21                                     United States District Judge

22

23

24

25

26

27

28